1  BOWMAN AND BROOKE LLP
   Brian Takahashi (SBN: 146505)
2  Marion V. Mauch (SBN: 253672)
   Theodore Dorenkamp III (SBN: 277004)
3  Garrett B. Stanton (SBN: 324775)
   970 West 190th Street, Suite 700
4  Torrance, California 90502
   Tel No.: 310/ 768-3068
5  Fax No.: 310/ 719-1019

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

| HECTOR MORALES DE LA CRUZ, an individual, | CASE NO.: 8:20-cv-00376 |
|---|---|
| Plaintiff, | (Removed from Orange County Superior Court Case No. 30-2020-01125801-CU-BC-CJC) |
| vs. | |
| FORD MOTOR COMPANY; a Delaware Corporation, and DOES 1 through 20, inclusive, | **DECLARATION OF THEODORE DORENKAMP III IN SUPPORT OF FORD MOTOR COMPANY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446** |
| Defendants. | |
| | Action Filed: January 21, 2020 |
| | Trial: None |

I, Theodore Dorenkamp, declare as follows:

   1.   I am an attorney duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California. I represent Defendant Ford Motor Company (hereinafter "Ford") in the above captioned matter. I am a member in good standing with the State Bar of California. I have personal knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if called upon to testify, I could and would competently testify to their truth and accuracy.

   2.   This declaration is submitted in support of Ford's Notice of Removal

to the United States District Court for the Central District of California under 28 U.S.C. § 1332, 1441 and 1446.

3. In executing this declaration, I do not intend, and Ford has not authorized me, to waive any protections or privileges Ford may have as to proprietary, trade secret, and/or confidential information, or to waive Ford's attorney-client privilege as to any of its communications or to waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this declaration.

4. Attached as **Exhibit 1** are true and correct copies of all process, pleadings, and orders for the State Action in Ford's possession pursuant to 28 U.S.C. §1446(a).

5. Attached hereto as **Exhibit 2** is a true and correct copy of the Carfax for the subject vehicle 2014 Ford Focus SE VIN: 1FADP3K23EL337609. According to the Carfax, the subject vehicle had a reported mileage of 53,007 on July 4, 2017, the date of the plaintiff's purchase of the vehicle. Additionally, the Carfax report indicates that Plaintiff brought the vehicle in for service or repairs in 2017 through 2018 in Orange, California.

6. Attached hereto as **Exhibit 3** are true and correct copies of pages from the National Automobile Dealers Association ("NADA") Official Used Car Guide, dated July 2017. According to the NADA, the Clean Retail Price for a used 2014 Ford Focus SE with 53,000 miles in July 2017 was $10,425.00.

7. Assuming Plaintiff purchased the Subject Vehicle used in July 2017, the retail price of $10,425.00 plus $20,850.00 as a 2X civil penalty pursuant to the Song-Beverly Act, totals $31,275.00.

8. Attached as **Exhibit 4** is a true and correct copy of the (redacted) VIN FSA regarding the subject vehicle. In compliance with Federal Rule of Civil Procedure 5.2 and Local Rule 5.2-1, any personal identifying information has been redacted.

9. Attached as **Exhibit 5** is a true and correct copy of the (redacted) TransUnion report regarding Plaintiff Hector Morales De La Cruz. In compliance with Federal Rule of Civil Procedure 5.2 and Local Rule 5.2-1, any personal identifying information has been redacted.

10. Attached as **Exhibit 6** is a true and correct copy of an excerpt from Ford's 8-K filing dated January 22, 2020, which was downloaded on January 28, 2020 from Ford's website, https://shareholder.ford.com/investors/financials/secfilings/default.aspx.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would so testify.

Executed this 24th day of February, 2020, in Torrance, California.

/s/ Theodore Dorenkamp
Theodore Dorenkamp III, Declarant

22096906v1

3

# PROOF OF SERVICE
*F.R.C.P Rule 5(b)(2)*

***STATE OF CALIFORNIA, COUNTY OF LOS ANGELES***

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 970 West 190th Street, Suite 700, Torrance, CA 90502.

On **February 24, 2020**, I served the foregoing document described as **DECLARATION OF THEODORE DORENKAMP III IN SUPPORT OF FORD MOTOR COMPANY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446** on all interested parties in this action by placing ☐ **the original** ☒ **a true copy** thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Guy Mizrahi, Esq.<br>Arya Malek, Esq.<br>JOURNEY LAW GROUP, INC.<br>1762 Westwood Boulevard, Suite 260<br>Los Angeles, California 90024 | **Attorneys for Plaintiff**<br><br>Tel:   424/ 206-4303<br>Fax:   424/ 220-7388<br>Email:   guy@journeylawgroup.com<br>         amalek@journeylawgroup.com |

☒ **BY MAIL (F.R.C.P. Rule 5(b)(2)):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Gardena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

☐ **BY OVERNIGHT DELIVERY/NEXT DAY DELIVERY (F.R.C.P. Rule 5(b)(2)):** I sealed such document(s) in separate envelopes for each addressee and deposited each for collection by mailing via overnight mail/next day delivery in a box or other facility regularly maintained by the U.S. Postal Service or an express service carrier, or delivered to an authorized courier or driver authorized by the U.S. Postal Service or an express service carrier to receive documents, with delivery fees paid or provided for.

Executed on **February 24, 2020**, at Torrance, California.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Carolyn Orphey*
Carolyn Orphey

22096906v1

4