1  Guy Mizrahi (SBN 220930)
   guy@journeylawgroup.com
2  JOURNEY LAW GROUP, INC.
   1762 Westwood Blvd., Suite 260
3  Los Angeles, CA 90024
   Tel:  (424) 206-4303
4  Fax:  (424) 220-7388
   Attorneys for Plaintiff HECTOR MORALES DE LA CRUZ
5
   Spencer P. Hugret (SBN 240424)
6  shugret@grsm.com
   GORDON REES SCULLY MANSUKHANI, LLP
7  275 Battery Street, Suite 2000
   San Francisco, CA  94111
8  Telephone:  (415) 986-5900
   Facsimile:   (415) 986-8054
9
   Attorneys for Defendant FORD MOTOR COMPANY
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MORALES DE LA CRUZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No. 8:20-cv-00376-AB-FFM<br><br>**JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** |

　　　Plaintiff VICTOR MORALES DE LA CRUZ ("Plaintiff"), by counsel, and Defendant FORD MOTOR COMPANY ("Defendant"), by counsel, hereby submit this Joint Stipulation to Dismiss this Case With Prejudice Per the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to the dismissal to bear its own costs and fees.

//

//

//

1

JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)
CASE NO. 8:20-cv-00376-AB-FFM

Plaintiff and Defendant mutually waive all demands for each other's costs and fees associated with this matter.

**IT IS SO STIPULATED.**

Dated: December 2, 2021      GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Spencer P. Hugret*
    Spencer P. Hugret
    Attorneys for Defendant
    FORD MOTOR COMPANY

Dated: December 2, 2021      JOURNEY LAW GROUP, INC.

By: */s/ Guy Mizrahi*
    Guy Mizrahi
    Attorneys for Plaintiff
    HECTOR MORALES DE LA CRUZ

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By: */s/ Spencer P. Hugret*
    Spencer P. Hugret